UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>MIGUEL NUNEZ, AND GARY BAEZ<br>    Defendants. | **Docket No. 3:03CR202 (AVC)**<br><br>November 15, 2004 |

## MOTION TO SEAL

Defendant Gary Baez hereby requests that the accompanying Sentencing Memorandum be filed under seal.

              DEFENDANT GARY BAEZ

            By: _____
              Alfred U. Pavlis (ct08603)
              DALY & PAVLIS, LLC
              107 John Street
              Southport, CT 06890
              Tel: (203) 255-6700
              Fax: (203) 255-1953

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion To Seal and Sentencing Memorandum was sent via Federal Express on this the 15th day of November, 2004, to the following counsel of record:

Mark Rubino, Esq.
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06510

_____
Alfred U. Pavlis

2