UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>MIGUEL NUNEZ, AND GARY BAEZ<br>Defendants. | **FILED**<br>2004 NOV 16 A 10: 34<br>U.S. DISTRICT COURT<br>HARTFORD, CT.<br><br>Docket No. 3:03CR202 (AVC)<br><br>November 15, 2004 |

### MOTION TO SEAL

Defendant Gary Baez hereby requests that the accompanying Sentencing Memorandum be filed under seal.

DEFENDANT GARY BAEZ

By: _____
Alfred U. Pavlis (ct08603)
DALY & PAVLIS, LLC
107 John Street
Southport, CT 06890
Tel: (203) 255-6700
Fax: (203) 255-1953

3:03CR202(AVC) November 17, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, USDJ.

FILED
2004 NOV 17 P 4 04
U.S. DISTRICT COURT
HARTFORD, CT.