UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 3:03CR202(AVC) |
| | : | |
| GARY BAEZ | : | |

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT'S MOTION FOR RETURN OF BAIL**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby states that it has no objection to the defendant's motion for return of bail.

                Respectfully Submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                   /S/
                MARK D. RUBINO
                ASSISTANT UNITED STATES ATTORNEY
                157 Church Street
                New Haven, Connecticut  06510
                Telephone (203) 821-3732
                Federal Bar No. CT03496

**CERTIFICATION**

I hereby certify that a copy of the foregoing motion was sent via first class mail on this __26____ day of August, 2005, to:

Al Pavlis, Esq.
Daly & Pavlis
107 John Street
Southport, CT 06890


                              _____/S/_____
                              MARK D. RUBINO
                              ASSISTANT UNITED STATES ATTORNEY