UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA  Plaintiff,  v.  MIGUEL NUNEZ and GARY BAEZ  Defendants. | Docket No. 3:03CR202 (AVC)  August 15, 2005 |

## MOTION FOR RETURN OF BAIL

The defendant, Gary Baez, by and through the undersigned counsel, hereby requests that the appearance bond posted in the amount of $5,000.00 on May 9, 2003 be returned to the defendant's mother, Yolanda Castanos. Ms. Castanos posted the appearance bond on defendant's behalf in the name of Yolanda Vazquez, her married name at that time. On April 1, 2004, the State of New York issued a judgment of divorce dissolving Ms. Castanos' marriage and authorizing her to resume use of her prior surname, Castanos. A copy of the judgment of divorce is attached for the Court's reference.

DEFENDANT GARY BAEZ

By: _____
Alfred U. Pavlis (ct08603)
DALY & PAVLIS, LLC
107 John Street
Southport, CT 06890
(203) 255-6700

*The motion is GRANTED absent objection.*

*Alfred V. Covello, U.S.D.J.*

*SO ORDERED.*